IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLIE A. BOWNE<br>　　　　Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC CO.<br>　　　　Defendant | :<br>:　　05-CV-5401<br>:<br>:<br>:<br>:<br>: |

STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned matter agree and stipulate to dismiss this matter, with prejudice.

_____
WILLIAM J. FOX, ESQUIRE
Law Offices Of William J. Fox, P.C.
Attorney for Plaintiff
1626 Pine Street
Philadelphia, PA 19103
(215) 546-2477

Date: 2-6-06

_____
MICHAEL E. SACKS, ESQUIRE
Hamburg & Golden, P.C.
Attorneys for Defendant
1601 Market Street, Ste. 3310
Philadelphia, PA 19103
(215) 255-8590

Date: 2/27/06

BY THE COURT:

_____
HONORABLE NORMA L. SHAPIRO

1